# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Donald Larson and Sybil Larson, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER (AMENDED)** |
| | ) | |
| vs. | ) | |
| | ) | |
| Trinity Health, a nonprofit corporation, and | ) | |
| Alexandre S. Kind, MD, | ) | Case no. 4:12-cv-048 |
| | ) | |
| Defendants. | ) | |

Before the court is a Motion to Extend Deadline for Expert Depositions filed by defendants on February 25, 2013. The court's scheduling and discovery order of July 11, 2012, set forth an April 1, 2013, deadline to complete discovery depositions of expert witnesses. Defendants request that the court extend this deadline until May 31, 2013.

The court **GRANTS** defendants' motion (Docket No. 17). The parties shall have until May 31, 2013, to complete discovery depositions of expert witnesses.

**IT IS SO ORDERED.**

Dated this 27th day of February, 2013.

                                                   */s/ Charles S. Miller, Jr.*
                                                   Charles S. Miller, Jr., Magistrate Judge
                                                   United States District Court